```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
Y.C., *et. al*,                                                :
                                                               :
                                          Plaintiffs,          :    1:24-cv-05388-GHW
                                                               :
                     -v-                                       :           ORDER
                                                               :
NEW YORK CITY DEPARTMENT OF                                    :
EDUCATION,                                                     :
                                                               :
                                          Defendant.           :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Defendant's September 4, 2024 motion to adjourn the initial pretrial conference, Dkt. No. 11, is granted. The initial pretrial conference scheduled for September 16, 2024 is adjourned to December 11, 2024 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's July 18, 2024 order are due no later than December 4, 2024.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated: September 4, 2024
       New York, New York                        _____
                                                      GREGORY H. WOODS
                                                    United States District Judge